

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00105-CR

Alphonso A. **MCCLOUD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6735B
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's third motion for an extension of time to file the appellant's brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court